of Appeals for the Fourth Circuit granted. *Assistant Solicitor General Fahy* and *William C. Fitts, Jr.* for petitioner. *Messrs. George Lyle Jones* and *George H. Wright* for respondents.

No. 505. CRANCER ET AL., CO-PARTNERS, DOING BUSINESS AS VALLEY STEEL PRODUCTS CO., ET AL. *v.* LOWDEN ET AL., TRUSTEES. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Abraham B. Frey* for petitioners. *Messrs. William S. Hogsett* and *Hale Houts* for respondents.

No. 527. CARPENTERS & JOINERS UNION OF AMERICA, LOCAL NO. 213, ET AL. *v.* RITTER's CAFE ET AL. October 13, 1941. Petition for writ of certiorari to the Court of Civil Appeals, First Supreme Judicial District of Texas, granted. *Mr. Sewall Myer* for petitioners.

No. 589. JACOB *v.* NEW YORK CITY. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Silas B. Axtell* and *Dominick Blasi* for petitioner. *Messrs. William C. Chanler* and *Paxton Blair* for respondent.

No. 86. YOUNG *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. Fred Patterson* for petitioner. *Assist-*